*1023 ante, p. 820;
ante, p. 15;
ante, p. 829;
ante, p. 941;
ante, p. 941;
ante, p. 924;
ante, p. 942;
ante, p. 927;
ante, p. 927;
ante, p. 943;
ante, p. 969;
ante, p. 948;
ante, p. 923;
ante, p. 920;
ante, p. 934;
ante, p. 931;
ante, p. 931;
ante, p. 948;
ante, p. 957;
ante, p. 945;
ante, p. 945;
ante, p. 932;
*1024 No. 88-5549.
No. 88-5592.
No. 88-5642.
No. 88-5643.
No. 88-5677.
ante, p. 951;
ante, p. 958;
ante, p. 951;
ante, p. 951; and
ante, p. 972. Petitions for rehearing denied.